IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| OZARK VALLEY ORGANICS, LLC | PLAINTIFF/COUNTER DEFENDANT |
| v. | No. 4:24-cv-201-DPM |
| JOSEPH CONRAD ROBBINS and LAURA CLAYTON ROBBINS | DEFENDANTS/COUNTER CLAIMANTS/ THIRD-PARTY PLAINTIFFS |
| v. | |
| MICHAEL TIMMONS and CASEY TIMMONS | THIRD-PARTY DEFENDANTS |

## JUDGMENT

All claims by all parties are dismissed with prejudice. The Court retains jurisdiction until 3 November 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 September 2025